Edward W. Swanson SBN #159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BEHZAD MOFRAD

**FILED**
APR 1 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
APR 1 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BEHZAD MOFRAD,<br><br>        Defendant. | Case No. CR 05-00526 -SBA<br><br>MOTION AND [PROPOSED] ORDER FOR EXONERATION OF BOND FOR BEHZAD MOFRAD |

In connection with Defendant Behzad Mofrad's release above-captioned case, Mr. Mofrad's brother, Babak Mofrad, and his sister-in-law, Mandana Shokouhi-Razi, posted their property located at 393 Boyd Road, Pleasant Hill, California. Mr. Mofrad's family friend, Michael Kimiyaie, also posted his property located at 6 Lanyard Cove, Corte Madera, California. To date, the Clerk of the Court remains the trustee under the deeds of trust for both of these properties.

On February 9, 2006, Mr. Mofrad was sentenced to 33 months in custody and three years supervised release. Mr. Mofrad voluntarily surrendered on March 30, 2006, and he is now serving his sentence in custody at FCI Terminal Island. Mr. Mofrad respectfully requests that the Court order the reconveyance of the deeds of trust for both of the properties posted in connection with his release.

DATED: April 11, 2006

EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorney for Defendant BEHZAD MOFRAD

cc: WDB's Stats, Copies to parties of record, Financial, Pretrial, Marshal, Jack Clark

1
2
3
4
5
## ORDER
6
7
8   For good cause shown, IT IS HEREBY ORDERED that the Clerk of the Court is instructed to
9   provide the full reconveyance for the property located at 393 Boyd Road, Pleasant Hill, California,
10  posted by Babak Mofrad and Mandana Shokouhi-Razi, and for the property located at 6 Lanyard Cove,
11  Corte Madera, California, posted by Michael Kimiyaie in the above-captioned case.

12  **IT IS SO ORDERED.**
13  DATED: 4-13-06

14
15                                          WAYNE D. BRAZIL
                                            United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28